UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS MARTONE, WAYNE MASKIELL, MICHAEL DRAGONE, PETER MUSCHTER, THOMAS MILLER and CHARLES LAMANTIA, as Trustees of the UNITED UNION OF ROOFERS, WATERPROOFERS AND ALLIED WORKERS LOCAL 154 WELFARE, PENSION, ANNUITY and APPRENTICESHIP AND TRAINING FUNDS, <br><br> Plaintiffs, <br><br> -against- <br><br> METROPOLITAN ROOF SYSTEMS, INC. and RLI INSURANCE COMPANY, <br><br> Defendants. | 04 Civ. 4110 (FB) <br><br> **STIPULATION** <br> **OF DISMISSAL** |

   **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned parties that the above-captioned action is hereby discontinued with prejudice and without costs to either party as against the other.

Dated: New York, New York
   October ___, 2005

BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC

By: _____
Charles R. Virginia (CV 8214)
Trinity Centre
111 Broadway, Suite 1403
New York, New York 10006
(212) 943-9080
Attorneys for Plaintiffs


THE ZISKIN LAW FIRM

By: _____
Stacey Ziskin (SZ-8437)
6268 Jericho Turnpike, Suite 12A
Commack, New York 11725
(631) 462-1417
Attorneys for Defendants

SO ORDERED:

_____
U.S.D.J.   10/27/05

2